

# Fourth Court of Appeals
## San Antonio, Texas

August 24, 2015

No. 04-14-00472-CV

**ARC PARKLANE, INC.**,
Appellant

v.

Arvel **SEALS**, Jr.,
Appellee

From the 73rd Judicial District Court, Bexar County, Texas
Trial Court No. 2014-CI-10177
Honorable Larry Noll, Judge Presiding

# O R D E R

In this accelerated appeal, on August 14, 2015, we extended the due date for Appellant's brief until September 1, 2015. On August 19, 2015, Appellant filed an unopposed motion to abate the appeal. Appellant states the parties have agreed to mediate on September 24, 2015, and Appellant asks to abate this appeal until October 8, 2015.

Appellant's motion to abate this appeal until October 8, 2015, is GRANTED. We ORDER Appellant to file in this court not later than October 8, 2015, (1) a motion to dismiss the appeal or (2) a motion to reinstate the appeal on the court's docket so the appeal may proceed.

If the parties fail to settle, Appellant's brief will be due on October 28, 2015.

All other appellate deadlines are SUSPENDED pending further order of this court.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 24th day of August, 2015.

_____
Keith E. Hottle
Clerk of Court